STATE OF NEW JERSEY v. VICTOR FORNI.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY YELLOCK.

November 10, 1980.

Petition for certification denied.

MACON CRAIG MICHAUX v. STANLEY H. HOLMES COMPANY.

November 10, 1980.

Petition for certification denied.